UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES MURPHY, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIS HOLDING COMPANY, INC. AND ATLANTIS MARINE WORLD, LLC. <br><br> Defendant. | Case No.: 2:19-cv-05600-JMA-SIL <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Case closed. <br> SO ORDERED. <br> /s/ JMA, USDJ <br> 7/16/2020 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, JAMES MURPHY, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED, and Defendant, PRESTON HOUSE, LLC by and through their undersigned counsel, pursuant to 41(a)(1)(A)(ii) hereby stipulate to the dismissal *with prejudice* of the above-captioned action in its entirety, with each party to bear its own fees and costs.

Dated: Melville, NY
June 17, 2020

| | |
|---|---|
| **LAW OFFICE OF DARRYN G. SOLOTOFF, PLLC** <br><br> By: _[signature]_ <br> Darryn Solotoff, Esq. <br> *Attorneys for Plaintiff* <br> 25 Melville Park Road, Suite 108 <br> Melville, New York 11747 <br> 516.695.0052 <br> ds@lawsolo.net | **CAMPOLO, MIDDLETON & MCCORMICK, LLP** <br><br> By: _[signature]_ <br> Christine Malafi, Esq. <br> *Attorneys for Defendant* <br> 4175 Veterans Memorial Highway <br> Suite 400 <br> Ronkonkoma, New York 11779 <br> 631.738.9100 <br> cmalafi@cmmllp.com |